ZACHARY D. RUFFING, Plaintiff, CANDACE CURTIS et al., Respondents, and HEATHER CURTIS, Respondent-Appellant, v UNION CARBIDE CORPORATION et al., Defendants, and INTERNATIONAL BUSINESS MACHINES CORPORATION, Appellant-Respondent.

Submitted February 12, 2004; decided February 24, 2004

Submitted February 12, 2004; decided February 24, 2004

Appeal taken by Heather Curtis dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order of the Appellate Division upon which jurisdiction is

predicated did not grant Heather Curtis leave to appeal to the Court of Appeals.

Judge ROSENBLATT taking no part.